**EXHGIBIIN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------x
:
In re:                                            :        Chapter 15
:
Kraus Carpet Inc.,                                :        Case No. 18-12057 (KG)
:
      Debtor in a Foreign Proceeding.       :        **RE: D.I. 54**
------------------------------------------------------x
:
In re:                                            :        Chapter 15
:
Strudex Inc.                                      :        Case No. 18-12060 (KG)
:
      Debtor in a Foreign Proceeding.       :
------------------------------------------------------x
:
In re:                                            :        Chapter 15
:
Kraus USA Inc.                                    :        Case No. 18-12059 (KG)
:
      Debtor in a Foreign Proceeding.       :
------------------------------------------------------x
:
In re:                                            :        Chapter 15
:
Kraus Properties Inc.                             :        Case No. 18-12061 (KG)
:
      Debtor in a Foreign Proceeding.       :
------------------------------------------------------x
:
In re:                                            :        Chapter 15
:
Kraus Canada Ltd.                                 :        Case No. 18-12063 (KG)
:
      Debtor in a Foreign Proceeding.       :
------------------------------------------------------x

```
-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 15
                                                       :
Kraus Brands Inc.                                      :    Case No. 18-12064 (KG)
                                                       :
        Debtor in a Foreign Proceeding.                :
-------------------------------------------------------x
```

## FINAL DECREE ORDER CLOSING CHAPTER 15 CASES

Upon the Motion (the "Motion") of Kraus Carpet Inc. (the "Foreign Representative"), in its capacity as the authorized foreign representative of the above-captioned debtors (the "Debtors"), for entry of a final decree order closing the chapter 15 cases and recognition of the Discharge and Distribution Order[1] entered in the CCAA Proceeding; and notice of the Motion having been provided in accordance with Local Rule 5009-2; and after due deliberation thereon, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The above-captioned chapter 15 cases, identified further as follows, are hereby CLOSED:

| Case Number | Case Name |
|---|---|
| 18-12057 (KG) | Kraus Carpet, Inc. |
| 18-12060 (KG) | Strudex Inc. |
| 18-12059 (KG) | Kraus USA Inc. |
| 18-12061 (KG) | Kraus Properties Inc. |
| 18-12063 (KG) | Kraus Canada Ltd. |
| 18-12064 (KG) | Kraus Brands Inc. |

3. The Clerk of the Court shall enter this Order on the docket of each of the foregoing cases and such case and docket shall thereafter be marked as closed.

---

[1] Capitalized terms used but not defined herein shall have the meaning given to such terms in the Motion.

30955546.1

4.  There will be no distributions on account of any claims in these chapter 15 cases, and any proofs of claim filed in these chapter 15 cases will be of no force or effect.

5.  The Discharge and Distribution Order entered in the CCAA Proceeding is hereby recognized in its entirety.

6.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: June 17th, 2019**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

30955546.1